```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
ALONIA WHITE,                                                     :
                                                                  :
                                    Plaintiff,                    :    1:21-cv-10490-GHW
                                                                  :
                     -v -                                         :    ORDER
                                                                  :
IRIS NOVA LTD, DIRTY LEMON                                        :
BEVERAGES, LLC, and ZAK NORMANDIN,                                :
                                                                  :
                                    Defendants.                   :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2022

GREGORY H. WOODS, United States District Judge:

Plaintiff's complaint was filed on December 8, 2021. Dkt. No. 1. A summons was issued the following day. Dkt. No. 4. On February 2, 2022, Plaintiff filed affidavits of service for each of the three defendants. Dkt. Nos. 68. As of today, no defendant has appeared, answered, or otherwise responded to the complaint. The parties are directed to submit a status update to the Court no later than June 21, 2022. Plaintiff is directed to serve a copy of this order on all defendants in this action and to retain proof of service.

SO ORDERED.

Dated: June 14, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge